<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6460**

———————

RICKEY J. SHEPARD,

                                 Plaintiff - Appellant,

     versus

DOUG CATOE, Director of South Carolina Depart-
ment of Corrections; RICKIE HARRISON, Warden;
STANLEY BURTT, Associate Warden; BARBARA
SKEEN, Director of Medical Services; NFN
COOKE, Nurse Supervisor,

                                 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Dennis W. Shedd, District Judge.
(CA-99-3107-7-19-BG)

———————

Submitted: May 31, 2001          Decided: June 11, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Rickey J. Shepard, Appellant Pro Se. Vinton DeVane Lide, VINTON D.
LIDE & ASSOCIATES, Lexington, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rickey Shepard, a state inmate, appeals the district court's order dismissing for failure to state a claim his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Shepard v. Catoe, No. CA-99-3107-7-19-BG (D.S.C. Feb. 28, 2001). We further deny Shepard's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2